# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD BLOOMGARDEN, | Case No. 2:11-cv-09449-DDP-MRW |
| Plaintiff, | **ORDER** |
| v. | The Hon. Dean D. Pregerson |
| COUNTY OF LOS ANGELES, *et al*. | Crtrm: 9C |
| Defendants. | |

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41. The Stipulation of Dismissal is with prejudice and is signed by counsel for all parties, who have appeared in the action.

IT IS THEREFORE ORDERED that:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Howard Bloomgarden and Defendants the County of Los Angeles, the Los Angeles County Sheriff's Department, Israel Becerra, Rodney Moore, Kimberly Largent and Lamar Wilson, by their undersigned attorneys, stipulate that this action is dismissed with prejudice.

2. Each party shall bear his own attorney's fees, including attorney fees

per 42 USC Section 1988, costs, and expenses incurred by or on behalf of said party in connection with this action.

**IT IS SO ORDERED.**

Dated: 3/5/18

*[signature: Dean D. Pregerson]*

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE